**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR248 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JAZMIN CERNA,** | ) | |
| **ADRIAN VEGA,** | ) | |
| **MARIA DIAZ and** | ) | |
| **ALVARO DOMINGUEZ,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the request of the government to declare this case as complex and to adjust the discovery and pretrial motions deadlines during the arraignment of Alvaro Dominguez on August 17, 2016, and Maria Diaz on August 18, 2016. Defense counsel had no objection. The court finds from the representations by counsel for the parties that this case is so unusual and so complex due to the number of defendants, the nature of the prosecution, the existence of novel questions of fact and law, and the amount of discovery, it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial within the time limits established by the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(7)(B)(ii).

**IT IS ORDERED:**

1. The parties shall have **to on or before September 16, 2016**, in which to complete discovery and shall have **to on or before October 21, 2016**, in which to file pretrial motions in accordance with the progression order.

2. The ends of justice have been served by granting such requests and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motions, i.e., **from August 17, 2016, to October 21, 2016**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason counsel require additional time to

adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

    DATED this 19th day of August, 2016.

                                          BY THE COURT:

                                          s/ Thomas D. Thalken
                                          United States Magistrate Judge