# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARIA DIAZ, and ALVARO DOMINGUEZ,<br><br>    Defendants. | 8:16CR248<br><br>FINAL ORDER OF FORFEITURE |

  This matter is before the Court on the United States' Motion for Final Order of Forfeiture, ECF No. 452. The Court has reviewed the record in this case and finds as follows:

  1. On July 31, 2018, the Court entered a Preliminary Order of Forfeiture, ECF No. 395, pursuant to the provisions of Title 21, United States Code, Sections 846 and 853 based upon the Defendant, Maria Diaz, pleas of guilty to Counts I, VIII, and XI and Defendant, Alvaro Dominguez, pleas of guilty to Counts I, VIII and the Forfeiture Allegation of the Second Superseding Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendants' interest in $10,973.00 in United States currency was forfeited to the United States.

  2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on August 2, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed on October 4, 2018. ECF No. 428.

3. The United States advised the Court that no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. Plaintiff's Motion for Final Order of Forfeiture will be granted.

Accordingly,

IT IS ORDERED:

A. Plaintiff's Motion for Final Order of Forfeiture, ECF No. 452, is hereby granted.

B. All right, title and interest in and to the $10,973.00 in United States currency held by any person or entity are hereby forever barred and foreclosed.

C. The $10,973.00 in United States currency be, and the same hereby is, forfeited to the United States of America.

D. The United States is directed to dispose of said property in accordance with law.

Dated this 3rd day of December, 2018.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge