IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MARIA DIAZ,<br><br>                    Defendant. | 8:16–CR–248<br><br>ORDER GRANTING MOTION TO WITHDRAW AND DENYING MOTION TO REDUCE SENTENCE |

This matter is before the Court on the *pro se* Motion to Reduce Sentence filed by Maria Diaz (Filing 482 and Filing 484) and the Motion to Withdraw filed by Federal Public Defender, Mr. David R. Stickman. Filing 489.[1] After the Defendant filed her Motion to Reduce Sentence, the Office of the Federal Public Defender was appointed to represent her pursuant to General Order No. 2023-09. Filing 483. The purpose of this appointment was to determine whether the Defendant qualified "for relief pursuant to either the 2023 U.S. Sentencing Guidelines amendments of U.S.S.G. § 1B1.13 or U.S.S.G. § 1B1.10 providing for the retroactive application of Amendment 821[.]" Filing 483 at 1. Mr. Stickman has moved to withdraw as counsel because "the Defendant's offense of conviction involved a firearm and [she] received an adjustment for an aggravating role and therefore no relief is allowed pursuant to U.S.S.G. § 4C1.1(a)(7) and (10)." Filing 489 at 1. The United States Probation Office also submitted a worksheet in this case which states that the Defendant is not entitled to a reduction. Filing 490.

The Court has conducted its own review of the Defendant's *pro se* Motion along with other relevant matters in the record. The Court concludes that the Defendant is not entitled to the sentencing relief she seeks. Her *pro se* Motion is without merit and will be denied. The Court

---

[1] Diaz describes both Filing 482 and Filing 484 as "Motions," although Filing 484 more closely resembles a brief in support of a Motion. She seeks the same relief in both of these submissions. Therefore, the Court considers both submissions together as made in furtherance of one motion.

1

likewise concludes that Mr. Stickman's Motion to Withdraw should be granted for the reasons he set forth in his Motion. Accordingly,

IT IS ORDERED:

1. Federal Public Defender David R. Stickman's Motion to Withdraw, [Filing 489](Filing 489), is granted; and

2. The relief Diaz seeks in [Filing 482](Filing 482) and [Filing 484](Filing 484), is denied.

Dated this 2nd day of August, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge